IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PROSSER,<br>Inmate No. 189586 | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | No. 98-6097-CV-SJ-2 |
| DAVE WILLIAMS, et al., | )<br>)<br>) | |
| Defendants. | ) | |

## DEFENDANTS' TRIAL BRIEF

Defendants Allen-Wells, Bruhn and Swindler-Thorne, through counsel, state to the Court as follows:

The factual and legal issues involved in this cause of action have been briefed by the defendants in their Motion for Summary Judgment (Doc. 196) and defendant Bruhn's Motion for Summary Judgment (Doc. 349), as well as the replies filed to responses to those motions (Doc. 208, Doc. 354) that have already been filed in this case. Believing that repetition of the content of their prior motions would only burden the Court and the other party with cumulative paperwork, defendants simply reaffirm their reliance on their prior motions.

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General

*/s/ Ryan Bertels*

Ryan Bertels
Assistant Attorney General
Mo. Bar No. 55167

P.O. Box 899

Jefferson City, MO 65102
Phone No. (573) 751-3321
Fax No. (573) 751-9456

ATTORNEYS FOR DEFENDANTS ALLEN-WELLS, BRUHN, AND SWINDLER-THORNE

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2005, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF electronic notification system which sent notification of such filing to the following:

>Phillip Gibson
>Public Interest Litigation Clinic
>305 East 63rd Street
>Kansas City, MO 64113

                                                */s/ Ryan Bertels*
                                               Assistant Attorney General