# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

Christopher Prosser, )
               Plaintiff, )
vs. ) No. 98-6097-CV-SJ-FJG
Victor Bruhn, et al., )
               Defendants. )

# ORDER

On the Court's own motion, the trial of this matter is reset on the accelerated docket commencing the week of October 16, 2006. All amendments to previously filed witness lists and exhibit lists shall be filed no later than June 1, 2006.

                                            /s/Fernando J. Gaitan, Jr.
                                            United States District Judge

Dated:  April 6, 2006
Kansas City, Missouri