# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PROSSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-6097-CV-SJ-FJG |
| | ) | |
| DAVE WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Second Motion in Limine (Doc. No. 385). Plaintiff filed no opposition to the pending motion. Defendants seek to exclude any testimony, documents or other items relating to any claimed medical, emotional, or mental health distress, upset, condition, or other injury experienced by plaintiff. Defendants state that this evidence is a matter of expert testimony exclusively, and no expert witness has been designated in this case.

The Court will exclude purported "expert" evidence in this matter, as plaintiff has designated no experts. However, the Court will not exclude medical evidence in its entirety; plaintiff still may be able to utilize physicians as fact witnesses in this matter. See Scheduling and Trial Order, Doc. No. 336, § 3(e). Therefore, defendants' motion (Doc. No. 385) is **GRANTED IN PART** as it relates to expert testimony, and **DENIED IN PART** as it relates to testimony of physicians as fact witnesses.

**IT IS SO ORDERED.**

/s/ FERNANDO J. GAITAN, JR.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: April 25, 2006.
Kansas City, Missouri.